[No. 28883-4-II.   Division Two.   October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WANG KOO CHUNG, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated December 9, 2003. See 121 Wn. App. 1004.

[No. 29047-2-II.   Division Two.   October 14, 2003.]

GORDON BLASÉ, *Respondent*, v. DONALD GOETHALS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-03911-7, Frederick B. Hayes, J., entered July 3, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 29198-3-II.   Division Two.   October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SEVERIANO ANAYA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02501-5, Bruce W. Cohoe, J., entered August 13, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29411-7-II.   Division Two.   October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MANUEL PENA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00985-2, Wm. Thomas McPhee, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.